UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KENT JONES,

                Plaintiff,

v.                                          Case No. 06-11925-BC
                                          Honorable David M. Lawson

STEVE HOOD, BENCY MATHAI, PEGGY
LEE, DEBBIE ROTH, STEVE DAKE,
TRAVIS JONES, HAROLD WHITE, JAN
EPP, JIM ARMSTRONG, GEORGE
PRAMSTALLER, and PATRICIA CARUSO,

                Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT
## AND RECOMMENDATION AND DISMISSING CASE

        Presently before the Court is the report issued on June 21, 2006 by Magistrate Judge Charles E. Binder pursuant to 28 U.S.C. § 636(b), recommending that this Court *sua sponte* dismiss the case for failure to state a claim upon which relief can be granted. Although the magistrate judge's report explicitly stated that the parties to this action may object to and seek review of the recommendation within ten days of service of the report, no objections have been filed. The parties' failure to file objections to the Report and Recommendation waives any further right to appeal. *Smith v. Detroit Federation of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the motion. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the Magistrate Judge.

        Accordingly, it is **ORDERED** that the Magistrate Judge's Report and Recommendation [dkt

# 7] is **ADOPTED**, and the plaintiff's case is **DISMISSED WITH PREJUDICE**.

                                                s/David M. Lawson
                                                DAVID M. LAWSON
                                                United States District Judge

Dated: July 13, 2006

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 13, 2006.

                                  s/Tracy A. Jacobs
                                  TRACY A. JACOBS